IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cr-134

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| ALEXI RICARDO RAMOS (13), | ) | |
| Defendant. | ) | |

**THIS MATTER** is before this Court upon the defendant's motion for clarification of the fine he should pay. (Doc. No. 1507).

The defendant complains that the institution at which he is serving a sentence is attempting to collect $900 in court fees, but he believes that he was only assessed $200. The Judgment records that the Court imposed a $400 special assessment and $500 towards court-appointed counsel fees, for a total of $900. (Doc. No. 1205 at 4).

**IT IS, THEREFORE, ORDERED** that Defendant's motion (Doc. No. 1507) is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: May 30, 2012

Robert J. Conrad, Jr.
Chief United States District Judge